IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRI-CON, INC., MICHAEL MERRICK, GERALD PIZZINI, DOUGLAS FABISH, FRANK JACKSON, JEMMIE ALMUETE, THOMAS PITTS, SHIRLEY CARREY BALDT, JOHNNY WATERMAN, DOUGLAS SMITH, CAROL SMITH, CHRISTOPHER PHILLIPS, GILMORE SWEITZER, REBECCA EUBANKS, JODY SHELLITO, ARTURO RODRIGUEZ, and JACK FLANNIGAN, Plaintiffs, v. VOLVO TRUCKS NORTH AMERICA, INC., a Delaware Corporation, Defendant. | 1:06CV577 |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 5, 2008, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion for sanctions [Docket No. 89] against Plaintiffs' counsel pursuant to Rule 11 or 28 U.S.C. § 1927 be **DENIED** and that the request of Plaintiffs' counsel for costs be **DENIED**. Defendant's motion for Rule 37 sanctions remains pending before the Court.

_____
United States District Judge

Date: January 14, 2009